# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Armendariz-Vega,<br>a.k.a.: Manuel Rodriguez-Chan,<br>a.k.a.: Jose Vega-Armendariz,<br>a.k.a.: Manuel Atondo-Rodriguez,<br>(A 077 136 875)<br>*Defendant* | Case No. 16-6419mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 26, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Armendariz-Vega, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about December 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

The criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Matthew Binford, AUSA for AUSA Brandon Brown

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Barry Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 28, 2016

_____
*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Barry Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 26, 2016, Jose Armendariz-Vega was encountered by the Mesa Police Department (MPD) Detective Williams on West Main Street in Mesa, Arizona. MPD Detective Williams suspected Armendariz-Vega to be illegally present in the United States and contacted the Phoenix Law Enforcement Agency Response Unit for assistance. ICE Officer E. Geir interviewed Armendariz-Vega telephonically and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Armendariz-Vega was transported to the Phoenix ICE office for further investigation and processing. Armendariz-Vega was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Armendariz-Vega to be a citizen of Mexico and a previously deported criminal alien. Armendariz-Vega was removed from the

1

United States to Mexico at or near Brownsville, Texas, on or about December 21, 2011, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Armendariz-Vega in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Armendariz-Vega's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Armendariz-Vega was convicted of Re-entry of a Removed Alien, a felony offense, on July 6, 2010, in the United States District Court of Arizona. Armendariz-Vega was sentenced to twenty-seven (27) months' imprisonment and three (3) years' supervised release. Armendariz-Vega's criminal history was matched to him by electronic fingerprint comparison.

5. On September 26, 2016, Jose Armendariz-Vega was advised of his constitutional rights. Armendariz-Vega freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, the affiant submits that there is probable cause to believe that on or about September 26, 2016, Jose Armendariz-Vega, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Brownsville, Texas, on or about December 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Barry Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 28th day of September, 2016.

David K. Duncan,
United States Magistrate Judge

3